

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| STRADLEY, RONON, STEVENS & YOUNG, LLP, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| SOVEREIGN BANK, N.A., | : No. 12 2466 |
| Defendant. | : |

**FILED MAY 4 2012 MICHAEL E. KUNZ, Clerk By___ Dep. Clerk**

### PLAINTIFF STRADLEY, RONON, STEVENS & YOUNG, LLP'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Stradley, Ronon, Stevens & Young, LLP ("Stradley Ronon") provides the following statement:

1. Stradley Ronon does not have any parent corporation or other parent entity.

2. There is no publicly held corporation that has any ownership interest in Stradley Ronon.

Dated: May 4, 2012

Respectfully submitted,

*[signature]*

Robert C. Heim (PA I.D. No. 15758)
 robert.heim@dechert.com
Michael L. Kichline (PA I.D. No. 62293)
 michael.kichline@dechert.com
Sabrina L. Reliford (PA I.D. No. 206805)
 sabrina.reliford@dechert.com
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone:  (215) 994-4000
Facsimile:  (215) 994-2222

*Counsel for Plaintiff Stradley, Ronon, Stevens & Young, LLP*