IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRADLEY, RONON, STEVENS & YOUNG, LLP<br><br>              Plaintiff,<br><br>v.<br><br>SOVEREIGN BANK, N.A.,<br><br>              Defendant. | CIVIL ACTION<br>NO. 12-2466 |

## ORDER

**AND NOW**, this 15th day of January 2013, upon consideration of Defendant Sovereign Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint (Doc. No. 4), Plaintiff Stradley, Ronon, Stevens & Young, LLP's Response in Opposition (Doc. No. 11), Defendant's Reply in Further Support (Doc. No. 13), the argument of counsel at the hearing held September 24, 2012, and the letters filed by Plaintiff on October 3, 2012 and by Defendant on October 5, 2012, which the Court will consider as supplemental briefs, it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 4) is **GRANTED**.
2. The Clerk of Court shall close this case for statistical purposes.

                                              BY THE COURT:

                                              /s/ Joel H. Slomsky
                                              JOEL H. SLOMSKY, J.